UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS MADDALENA,<br>    Plaintiff, | )<br>) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:13-MC-70-KS |
| THOMAS E. WETHERBY,<br>    Defendant. | )<br>) | |

**Decision by Court.**

This action came before the court for consideration of the Plaintiff's Application for Attorney Fees and Expenses related to his previously filed Motion to Compel Responses to Interrogatories.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay to Plaintiff, within 30 days of the date of this judgment, the sum of $725.50 in attorney's fees and expenses.

This judgment filed and entered on June 24, 2016, with service upon:

**Joseph H. Nanney, Jr.**
Counsel for Plaintiff
*Electronically served- via CM/ECF*

**Thomas E. Wetherby**
5400 Earle Road
Raleigh, NC 27606-9200
*via U.S. Mail*

                                                **JULIE R. JOHNSTON**
                                                **CLERK, U.S. DISTRICT COURT**

<u>June 24, 2016</u>                                                 /s/ *Shelia D. Foell*
                                                                 (By): Shelia D. Foell, Deputy Clerk